**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-10085 |
| Plaintiff - Appellee, | D.C. No. 5:13-cr-00422-LHK |
| v. | |
| ELSA ROQUEZ DE QUEVEDO, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Northern District of California
Lucy H. Koh, District Judge, Presiding

Submitted February 17, 2015[**]

Before:     O'SCANNLAIN, LEAVY, and FERNANDEZ, Circuit Judges.

Elsa Roquez de Quevedo appeals from the district court's judgment and challenges the 30-month sentence imposed following her guilty-plea conviction for illegal reentry following deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Roquez de Quevedo contends that the district court's characterization of her prior drug offenses as involving "sophisticated" conduct was erroneous and resulted in a substantively unreasonable sentence. The district court did not abuse its discretion in imposing Roquez de Quevedo's sentence. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The record supports the district court's characterization of Roquez de Quevedo's conduct. The below-Guidelines sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including Roquez de Quevedo's criminal history and prior deportations. *See Gall*, 552 U.S. at 51.

**AFFIRMED.**